**Dismiss and Opinion Filed December 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01295-CV

**CITYLINE REGENCY, LLC AND BCS EAST LAND INVESTMENTS, LP, Appellant**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-02974-2015

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

Seeking to appeal the trial court's interlocutory amended order denying their motion to dismiss for want of jurisdiction, appellants have filed a petition for permissive interlocutory appeal. We deny the petition and dismiss the appeal for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West Supp. 2017); TEX. R. APP. P. 28.3, 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

171295F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CITYLINE REGENCY, LLC AND BCS
EAST LAND INVESTMENTS, LP,
Appellants

No. 05-17-01295-CV        V.

COLLIN CENTRAL APPRAISAL
DISTRICT, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-02974-2015.
Opinion delivered by Chief Justice Wright.
Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED.**

It is **ORDERED** that appellee COLLIN CENTRAL APPRAISAL DISTRICT recover its costs of this appeal from appellants CITYLINE REGENCY, LLC AND BCS EAST LAND INVESTMENTS, LP.

Judgment entered December 8, 2017.